NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section
CHARLES E. CANTER
Assistant United States Attorney
California State Bar No. 263197
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-0620
    Fax: (213) 894-7819
    Email: charles.canter@usdoj.gov

Attorneys for the United States of America

I hereby attest and certify on 4/2/2020 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
KT
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
Apr 2, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. EDCV 19-1370 DMG (SPx)<br><br>**RELATOR'S REQUEST FOR DISMISSAL OF ACTION, CONSENT BY THE UNITED STATES AND THE STATE OF CALIFORNIA, AND STIPULATION RE UNSEALING OF CASE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE] |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section
CHARLES E. CANTER
Assistant United States Attorney
California State Bar No. 263197
     Room 7516, Federal Building
     300 N. Los Angeles Street
     Los Angeles, California 90012
     Tel: (213) 894-0620
     Fax: (213) 894-7819
     Email: charles.canter@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATES OF CALIFORNIA, COLORADO, NEW MEXICO, and VIRGINIA *ex rel*. KAREN LAPCEWICH, <br><br>Plaintiff, <br><br>v. <br><br>TOTAL COMMUNITY OPTIONS, INC.; TOTAL LONGTERM CARE, INC.; INNOVAGE GREATER COLORADO PACE-LOVELAND, LLC; INNOVAGE CALIFORNIA PACE-INLAND EMPIRE; TOTAL COMMUNITY CARE, LLC; and INNOVAGE VIRGINIA PACE-ROANOKE VALLEY, LLC, <br><br>Defendants. | No. EDCV 19-1370 CAS (SPx) <br><br>**RELATOR'S REQUEST FOR DISMISSAL OF ACTION, CONSENT BY THE UNITED STATES AND THE STATE OF CALIFORNIA, AND STIPULATION RE UNSEALING OF CASE** <br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** <br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE] |

**RELATORS' REQUEST FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff, Karen Lapcewich hereby requests that the Court dismiss, without prejudice, the above-captioned action ("this action") arising under the federal False Claims Act, 31 U.S.C. §§ 3729-3733, the California False Claims Act, Cal. Gov't Code § 12652, and analogous state false claims acts.

Respectfully submitted,

Dated: March 30, 2020         WATERS, KRAUS & PAUL

*/s/ Taryn Ourso*

MICHAEL L. ARMITAGE
CHARLES S. SIEGEL
TARYN E. OURSO
Attorneys for Relator

1

## CONSENT OF THE UNITED STATES OF AMERICA

In the interests of justice, the Attorney General of the United States of America, through his undersigned attorneys, hereby consents to the dismissal of this action without prejudice as to the United States.

Dated: March 30, 2020

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section

_/s/ Charles E. Canter_

CHARLES E. CANTER
Assistant United States Attorney
Attorneys for the
United States of America

**CONSENT OF THE STATE OF CALIFORNIA**

In the interests of justice, the Attorney General of the State of California, through his undersigned attorneys, hereby consents, behalf of the State of California and the other named states, to the dismissal of this action without prejudice as to the State of California and the other named states.

Dated: March 30, 2020

XAVIER BECERRA
Attorney General of the State of California

_____
NICHOLAS N. PAUL
Supervising Deputy Attorney General
RANDY GLASER
Deputy Attorney General
California Department of Justice
Bureau of Medi-Cal Fraud & Elder Abuse
Attorneys for the State of California

## STIPULATION RE UNSEALING OF CASE

The Relator, the United States, and the State of California and other named states, through their respective attorneys of record and subject to the approval of the Court, stipulate that, of the papers filed or lodged to date with the Court in this action, the following documents should be unsealed:

1. The Complaint;

2. This Relators' Request for Dismissal of Action; United States' and State of California's Consent; Stipulation Re Unsealing of Certain Documents; and

3. The accompanying proposed Order.

The Relators, the United States, and the State of California and other named states further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and thereby evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: March 30, 2020                WATERS, KRAUS & PAUL

_____
MICHAEL L. ARMITAGE
CHARLES S. SIEGEL
TARYN E. OURSO
Attorneys for Relator

//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: March 30, 2020 | NICOLA T. HANNA<br>United States Attorney<br>DAVID M. HARRIS, AUSA<br>Chief, Civil Division<br>DAVID K. BARRETT, AUSA<br>Chief, Civil Fraud Section<br>ABRAHAM C. MELTZER<br>Deputy Chief, Civil Fraud Section<br><br>*/s/ Charles E. Canter*<br>_____<br>CHARLES E. CANTER<br>Assistant United States Attorney<br>Attorneys for the<br>United States of America |
| Dated: March __, 2020 | XAVIER BECERRA<br>Attorney General of the State of California<br><br>_____<br>NICHOLAS N. PAUL<br>Supervising Deputy Attorney General<br>RANDY GLASER<br>Deputy Attorney General<br>California Department of Justice<br>Bureau of Medi-Cal Fraud & Elder Abuse<br>Attorneys for the State of California |

| | | |
|---|---|---|
| 1 | Dated: March __, 2020 | WATERS, KRAUS & PAUL |
| 2 | | |
| 3 | | MICHAEL L. ARMITAGE<br>CHARLES S. SIEGEL |
| 4 | | TARYN E. OURSO<br>Attorneys for Relators |
| 5 | // | |
| 6 | // | |
| 7 | // | |
| 8 | // | |
| 9 | // | |
| 10 | // | |
| 11 | // | |
| 12 | Dated: March __, 2020 | NICOLA T. HANNA<br>United States Attorney |
| 13 | | DAVID M. HARRIS, AUSA<br>Chief, Civil Division |
| 14 | | DAVID K. BARRETT, AUSA<br>Chief, Civil Fraud Section |
| 15 | | ABRAHAM C. MELTZER<br>Deputy Chief, Civil Fraud Section |
| 16 | | |
| 17 | | |
| 18 | | CHARLES E. CANTER<br>Assistant United States Attorney<br>Attorneys for the |
| 19 | | United States of America |
| 20 | Dated: March 30, 2020 | XAVIER BECERRA<br>Attorney General of the State of California |
| 21 | | |
| 22 | | |
| 23 | | NICHOLAS N. PAUL<br>Supervising Deputy Attorney General |
| 24 | | RANDY GLASER<br>Deputy Attorney General |
| 25 | | California Department of Justice<br>Bureau of Medi-Cal Fraud & Elder Abuse |
| 26 | | Attorneys for the State of California |
| 27 | | |
| 28 | | |

5

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On March 30, 2020, I served the RELATOR'S REQUEST FOR DISMISSAL OF ACTION, CONSENT BY THE UNITED STATES AND THE STATE OF CALIFORNIA, AND STIPULATION RE UNSEALING CASE on each person or entity named below by e-mail.

Date of e-mailing: March 30, 2020. Place of e-mailing: Los Angeles, California. Person(s) and/or Entity(s) to whom mailed:

TARYN OURSO
tourso@waterskraus.com
3141 Hood Street, Suite 700
Dallas, TX 75219

RANDY GLASER
randy.glaser@doj.ca.gov
Office of the Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2020, at Los Angeles, California.

_____
CHARLES CANTER